IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHRISTOPHER HARVEY,<br><br>    Plaintiff,<br><br>v.<br><br>AAR CORP. and AAR AIRLIFT GROUP, INC.,<br><br>    Defendants. | Case No. 3:15-CV-390-NJR |

# ORDER

**ROSENSTENGEL, Chief Judge:**

The United States has intervened for settlement purposes in part, and declined to intervene in part pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4). The Clerk of Court is directed to unseal the Relator's Complaint (Doc. 1), the Government's Notice of Election to Intervene in Part and to Decline to Intervene in Part (Doc. 61), and this Order. All other papers or orders on file <u>before</u> the date of this Order shall remain under seal. All other matters occurring in this action <u>after</u> the date of this Order shall be unsealed.

    IT IS SO ORDERED.

    DATED: July 6, 2021

                                                                    _____
                                                                    **NANCY J. ROSENSTENGEL**
                                                                    **Chief U.S. District Judge**