IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHRISTOPHER HARVEY,<br><br>                     **Plaintiff,**<br><br>v.<br><br>AAR CORP. and AAR AIRLIFT GROUP, INC.,<br><br>                     **Defendants.** | Case No. 3:15-CV-390-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to Stipulation of Dismissal dated July 6, 2021 (Doc. 63), this entire action is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**DATED:**  July 7, 2021

                                        MARGARET M. ROBERTIE,
                                        Clerk of Court

                                        By:  s/ *Deana Brinkley*
                                                Deputy Clerk


**APPROVED:**  s/ *Nancy J. Rosenstengel*
                        **NANCY J. ROSENSTENGEL**
                        **Chief U.S. District Judge**